**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:14-cr-00044-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOSEPH ROBERT ALLISON, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit

Court of Appeals for resentencing.  <u>United States v. Allison</u>, No. 15-4819 (4th

Cir. July 26, 2016).

**IT IS, THEREFORE, ORDERED** as follows:

(1)    The United States Marshal shall have the Defendant present in

Asheville, North Carolina, for the October 2016 sentencing term;

(2)    The Clerk of Court shall calendar this matter for that term;

(3)    The Federal Defender shall provide counsel to the Defendant for

resentencing; and

(4)    The United States Probation Office shall provide a supplemental

presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: August 22, 2016

Martin Reidinger
United States District Judge